IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A. RODELL SEVERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-319E ) |
| THOMAS S. CASTILLENTI and REVA J. CASTILLENTI, | ) ) ) |
| Defendants. | ) ) |

**ORDER OF THE COURT**

AND NOW, to-wit, this _____ day of _____, 2005, it is hereby ORDERED, ADJUDGED, and DECREED that the plaintiff is to file full and complete responses to the Interrogatories and Requests for Production of Documents within twenty (20) days or suffer such sanctions as the Court may deem appropriate.

BY THE COURT:

_____J.