LAW OFFICES OF

# DICKIE, McCAMEY & CHILCOTE
A PROFESSIONAL CORPORATION

TWO PPG PLACE, SUITE 400
PITTSBURGH, PENNSYLVANIA
15222-5402

TEL. 412-281-7272
FAX. 412-392-5367
WWW. DMCLAW.COM

**Jennifer L. Rea**
Attorney-at-Law
Admitted in PA

Direct Dial: 412-392-5593
Direct Fax:  412-392-5367
jrea@dmclaw.com

July 7, 2005

**VIA FAX**
Bryan D. Fife, Esquire
Quinn, Buseck, Leemhuis, Toohey &
Kroto, Inc.
2222 West Grandview Blvd.
Erie, PA  16506-4508

      RE:    *A. Rodell Severson v. Thomas S. and Reva J. Castillenti*
             *No. 04-319E, Western District of Pennsylvania*
             *Our File No.: 51534.276051*

Dear Mr. Fife:

      Defendants, Thomas S. Castillenti and Reva J. Castillenti, served their First Set of Interrogatories and Request for Production of Documents Directed to Plaintiff on May 10, 2005. As per the Federal Rules of Civil Procedure, plaintiff's responses to said discovery requests were due on June 9, 2005.

      As of the present date, defendants have not received plaintiff's responses to said discovery requests.  Please forward said responses to my attention or the attention of Brant T. Miller, by July 12, 2005, or a Motion to Compel will be filed with the court.

      Thank you in advance for your anticipated cooperation regarding this matter.

                              Very truly yours,

                              Jennifer L. Rea

JLR/sma
cc:    Brant T. Miller, Esquire

Bryan D. Fife, Esquire
July 7, 2005
Page 2


bcc:   Laurel Dunn-Muse