IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

A. RODELL SEVERSON,
    Plaintiff

    v.

THOMAS S. CASTILLENTI and REVA J. CASTILLENTI,
    Defendants

NO. 04-319 ERIE

## SUBSTITUTION OF APPEARANCE

    Please substitute the Appearance for the Plaintiff of Bryan D. Fife, Esq. in place of Kenneth W. Wargo, Esq. in this matter.

Respectfully Submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

By _____
Bryan D. Fife, Esq.
2222 West Grandview Boulevard
Erie, PA   16506-4508
(814) 833-2222
Attorneys for Plaintiff

Document #261963, v1