IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

A. RODELL SEVERSON,  :
    Plaintiff  :
       : Civil Action No. 04-319 Erie
    v.  :
       :
THOMAS S. CASTILLENTI, et al,  :
    Defendants  :

## MOTION TO WITHDRAW AS COUNSEL

AND NOW, comes Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc., by and through Bryan D. Fife, and files this Motion to Withdraw as Counsel, and in support thereof avers as follows:

1. Plaintiff, A. Rodell Severson hired the Quinn Law Firm to represent him in a lawsuit filed in Federal Court.

2. The Plaintiff has informed counsel of record that he no longer wants to retain the Quinn Law Firm to litigate this matter for him.

3. The Plaintiff called the attorney of record, Bryan D. Fife, and left a voice message on July 31, 2005 and again on August 1, reiterating that he no longer wants the Quinn Firm to represent him in this lawsuit.

4. Since Attorney Fife is the attorney of record, it is therefore necessary for him to withdraw from this action.

5. Petitioner has given notice to the Plaintiff as well as counsel for the Defendant of the submission of this motion.

6. WHEREFORE, Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc., by and through Bryan D. Fife, respectfully requests an Order granting the instant Motion.

>Respectfully submitted,
>
>QUINN, BUSECK, LEEMHUIS, TOOHEY &
>KROTO, INC.
>
>By _____
>Bryan D. Fife, Esq.
>PA ID #83345
>2222 West Grandview Boulevard
>Erie, Pennsylvania 16506-4509
>(814) 833-2222

Dated: August 3, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A. RODELL SEVERSON,<br>Plaintiff | :<br>:<br>: Civil Action No. 04-319 Erie |
| v. | :<br>: |
| THOMAS S. CASTILLENTI, et al,<br>Defendants | :<br>:<br>: |

CERTIFICATION OF NOTICE

I, Bryan D. Fife., do hereby certify that on August 5, 2005, notice was given to A. Rodell Severson, at his address, 477 Liberty Drive, Ste. 3 Gen. Del. Laughlin AFB, TX 78843 and Brant T. Miller, Esq., and Jennifer L. Rea, Esquire, Attorneys for Defendant that he would be submitting the foregoing motion to the Honorable Sean J. McLaughlin, United States District Judge on Wednesday, August 3, 2005.

Bryan D. Fife

Document #261719, v1

4