IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A. RODELL SEVERSON,<br>Plaintiff | :<br>:<br>: Civil Action No. 04-319 Erie |
| v. | :<br>: |
| THOMAS S. CASTILLENTI, et al,<br>Defendants | :<br>: |

## **ORDER**

AND NOW, to-wit, this _____ day of August, 2005, upon consideration of the foregoing Motion to Withdraw as Counsel, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED.

_____
                                                                                    J.